UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD K. HALKMON, JR., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:08-CV-1925-DDN ) |
| GENE STUBBLEFIELD, et al., | ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiffs' complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 7th day of April, 2009

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**